

# IN THE
# TENTH COURT OF APPEALS

## No. 10-08-00093-CV

**DONALD HALPAIN AND ALICE HALPAIN,**

                                                            **Appellants**

 **v.**

**BONDEX INTERNATIONAL INC., RPM, INC.,
RPM INTERNATIONAL, INC., GEORGIA-
PACIFIC, L.L.C. F/K/A GEORGIA-PACIFIC
CORPORATION, PHILLIPS ELECTRONICS
NORTH AMERICA CORPORATION,
KAISER-GYPSUM COMPANY, INC.,
TH AGRICULTURE AND NUTRITION,
L.L.C., UNION CARBIDE CORPORATION,
CERTAINTEED CORPORATION, AND
GUARD-LINE, INC.**

                                                            **Appellees**

From the 82nd District Court
Falls County, Texas
Trial Court No. 36,295

## MEMORANDUM  OPINION

Donald[1] and Alice Halpain appealed an adverse judgment rendered by the trial court. The Halpains's brief on the merits of the appeal was due September 2, 2008. No brief has been filed. By letter dated September 8, 2008 the Clerk of this Court notified the Halpains that no brief had been filed. The Clerk also warned them that the appeal may be dismissed for want of prosecution unless, within 21 days from the date of the letter, a response showing grounds for continuing the appeal was filed. More than 21 days have passed and no response has been filed.

Accordingly, this appeal is dismissed. *See* TEX. R. APP. P. 38.8(a); 42.3.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Vance, and
     Justice Reyna
Appeal dismissed
Opinion delivered and filed October 15, 2008
[CV06]

---

[1] Donald passed away after the notice of appeal was filed.